Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 203
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM

AUG 10 2005 ᵍᵖ

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIV. NO. 05-00026 |
| Plaintiff, | (Federal Tort Claims Act) |
| vs. | COMPLAINT AND SUMMONS IN A CIVIL CASE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## COMPLAINT

Plaintiff Florencia Q. Lewis ("Mrs. Lewis"), by and through her attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong, A Professional Corporation, as claims for relief against defendant United States of America ("Government"), alleges as follows.

A. **INTRODUCTION**

1. This Complaint is filed pursuant to the provisions of the Federal Tort Claims Act against the Government for injuries and damages sustained by Mrs. Lewis as a result of medical malpractice and/or negligence at Tripler Army Medical Center ("Tripler").

2. In August 2002, Mrs. Lewis flew from Guam to Hawaii for treatment at Tripler for hypertension. While there, she was diagnosed as having right-sided renal artery stenosis. On August 12, 2002, she underwent a right renal artery angiogram; but because of complications, she underwent a left brachial artery access (in her upper left arm) for selective stent placement and angioplasty of her right renal artery. Because of additional problems and/or complications during and/or following such procedures, she sustained permanent injuries to the nerves in her left arm and hand, substantial pain and disability, emotional distress and loss of enjoyment of life.

3. All administrative remedies have been exhausted, and Mrs. Lewis now seeks damages from the Government in this case.

B. JURISDICTION

4. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 1346(b), 2671 *et seq.*

5. Mrs. Lewis is a citizen of Guam and currently resides in Guam.

6. The injuries suffered by her occurred in Honolulu, Hawaii and in Guam.

C. PARTIES

7. At all times relevant, Mrs. Lewis has been a resident of Guam.

8. The Government is and should be a named defendant pursuant to and under the provisions of the Federal Tort Claims Act, 28 U.S.C. § 1346(b), 2671 *et seq.*

9. At all times relevant, the physicians and other health care providers or one or more of them who caused Mrs. Lewis to be injured and damaged through his, her or their act(s) and/or omission(s) was or were employed by the Government and acting in the course and scope of such employment.

D. EXHAUSTION OF ADMINISTRATIVE REMEDIES

10. On August 10, 2004, pursuant to the provisions of the Federal Tort Claims Act, 28 U.S.C. § 1346(b), 2671 *et seq.*, Mrs. Lewis filed claims for personal injury against the Government within the statutory period as required by law.

11. Since the Government's acknowledgment of receipt of Mrs. Lewis' filed claims on August 10, 2004, it has failed to take final administrative action on them consisting of either a written denial or final settlement of them.

12. Therefore, pursuant to the provisions of the Federal Tort Claims Act, 28 U.S.C. § 1346(b), 2671 *et seq.*, this suit is timely filed after expiration of the six-month statutory period allowed for the administrative review of Mrs. Lewis' claims.

13. All administrative procedures have been exhausted, and the Complaint is timely filed.

E. FIRST CLAIM FOR RELIEF

14. Mrs. Lewis realleges paragraphs 1 – 13 of this Complaint.

15. The physicians and other health care providers or one or more of them at Tripler were negligent with respect to his, her or their act(s) and/or omission(s) in August 2002 that caused Mrs. Lewis to sustain the permanent injuries to the nerves in her left arm and hand, including but not limited to deviating from the applicable standard(s) of care.

16. Such negligence has been a legal cause of Mrs. Lewis' permanent injuries to the nerves in her left arm and hand and her past, present and probable future related special damages and general damages for her substantial pain and disability, emotional distress and loss of enjoyment of life.

17. The Government is vicariously liable to Mrs. Lewis for her injuries and related damages.

F. <u>SECOND CLAIM FOR RELIEF</u>

18. Mrs. Lewis realleges paragraphs 1 – 13 and 15 – 16 of this Complaint.

19. The physicians and other health care providers or one or more of them at Tripler failed to obtain Mrs. Lewis' informed consent to the procedure(s) that caused her permanent injuries to the nerves in her left arm and hand.

20. A reasonable person in Mrs. Lewis' circumstances would not have consented to the proposed procedure(s) had the required information been given to her.

21. That failure to obtain her informed consent has been a legal cause of her injuries and related damages.

22. The Government is vicariously liable to Mrs. Lewis for her injuries and related damages.

Accordingly, Mrs. Lewis requests that this Court give her judgment in her favor and against the Government for her special and general damages in an amount to be proven at trial, together with her costs and such other and further relief that this Court deems appropriate.

Dated: Hagatna, Guam, August 10, 2005       .

                                        *Wayson W. S. Wong*
                                        Wayson W. S. Wong
                                        Attorney for Plaintiff

Complaint and Summons in a Civil Case, Lewis v. United States of America, District Court of Guam, Civ. No.



%JS 44 (Rev. 11/04)                           CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Florencia Q. Lewis

**DEFENDANTS**
United States of America

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**(b)** County of Residence of First Listed Plaintiff   Guam
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Wayson W. S. Wong, Esq., Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203, Hagatna, Guam 96910
Ph.: 475-7448

Attorneys (If Known) United States of America
c/o Leonardo M. Rapadas, Esq., Office of the
U.S. Attorney, Hernan Cortes Ave., Hagatna

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): Federal Tort Claims Claims pursuant to 28 U.S.C. Sec. 1346(b), 2671 et seq.
Brief description of cause: Medical malpractice at Tripler Army Medical Center causing personal injuries and damages

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $1,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 8/10/05
SIGNATURE OF ATTORNEY OF RECORD   Wayson W. S. Wong

**FILED**
**DISTRICT COURT OF GUAM**
AUG 10 2005
MARY L. M. MORAN
CLERK OF COURT
STAMPED IN ERROR

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**ORIGINAL**

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**     Example:     U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.