AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
AUG 16 2005
MARY L.M. MORAN
CLERK OF COURT

FLORENCIA Q. LEWIS,

    Plaintiff,

V.

UNITED STATES OF AMERICA,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-00026**

TO: (Name and address of Defendant)
United States of America
c/o Leonardo M. Rapadas, Esq., U.S. Attorney
Office of the U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortes Ave.
Hagatna, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
A Professional Corporation
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within   **sixty (60)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
Clerk Of Court
CLERK

*Jamie M Phelps*
(By) DEPUTY CLERK

AUG 10 2005
DATE

**ORIGINAL**

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE August 12, 2005 |
| NAME OF SERVER (PRINT) Joanie L. Tomasiak | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Certified Mail, Return Receipt Requested by the United States Postal Service to Atty. Gen. Alberto R. Gonzales, U.S. Dept of Justice, Office of the Attorney General, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug. 12, 2005         *Joanie A. Tomasiak*
            Date                   Signature of Server

142 Seaton Blvd., Suite 203
Hagatna, Guam 96910

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.