Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 203
Hagåtña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff

**FILED**
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, ) | CIV. NO. 05-00026 |
| ) | |
| Plaintiff, ) | (Federal Tort Claims Act) |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the First Amended Complaint was duly served by U.S. first class mail, postage prepaid, to the following at the their last known addresses.

    Attorney General Alberto R. Gonzales
    United States Department of Justice
    Office of the Attorney General
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

Case 1:05-cv-00026   Document 5   Filed 08/23/2005   Page 1 of 2

ORIGINAL

Leonardo M. Rapadas, Esq., U.S. Attorney
Office of the U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortes Ave.
Hagatna, Guam 96910

Attorneys for Defendant

Dated: Hagatna, Guam, August 13, 2005.

_____
Wayson W. S. Wong
Attorney for Plaintiff