# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Florencia Q. Lewis, <br><br> Plaintiff, <br><br> vs. <br><br> USA, <br><br> Defendant. | Case No. 1:05-cv-00026 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Scheduling Notice filed September 19, 2005* on the dates indicated below:

*Law Offices of Wayson Wong*          *Office of the United States Attorney*
*9/19/2005*                                            *9/19/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Scheduling Notice filed September 19, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 20, 2005                    /s/ Shirlene A. Ishizu
                                                                  Deputy Clerk