ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 13 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CIVIL CASE NO. 05-00026<br><br><br>CERTIFICATE OF SERVICE |

I, FRANCES B. LEON GUERRERO, legal assistant, working in the U.S. Attorney's Office, hereby certify that on the 13th of October 2005, I caused to be served by personal service the following document: "Answer of the United States", in the above entitled cause to the following attorney of record:

> Wayson W.S. Wong, Esq.
> Law Offices of Wayson Wong
> 142 Seaton Blvd., Suite 203
> Hagatna, Guam 96910

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant