ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 05-00026<br><br>CERTIFICATE OF SERVICE |

I, FRANCES B. LEON GUERRERO, legal assistant, working in the U.S. Attorney's Office, hereby certify that on the 17th of October 2005, I caused to be served by personal service the following document: "Answer of the United States to the Amended Complaint", in the above entitled cause to the following attorney of record:

Wayson W.S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910

FRANCES B. LEON GUERRERO
Legal Assistant