LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 27 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | CIVIL CASE NO. 05-00026<br><br>**REQUEST FOR EXTENSION OF TIME FOR SCHEDULING ORDER AND SCHEDULING CONFERENCE** |

The United States hereby respectfully requests an extension of time in which to file the Scheduling Order and the time for the Scheduling Conference.

The Scheduling Order was due on October 24, 2005. The parties have conferred and are continuing to negotiate dates that correspond to trial dates and the availability of counsel and clients. Both parties request that the Scheduling Order be due on **November 7, 2005** and that the Scheduling Conference be rescheduled to the week of **November 28, 2005**, or shortly thereafter, when Plaintiff's counsel will return to the island. The parties believe that the interests of justice and judicial economy will best be served by the extension.

//
//
//

1 | The United States represents that the Counsel for the Plaintiff has approved of the form
2 | and content of this request for extension.

So requested this 26th day of October, 2005.

                                  LEONARDO M. RAPADAS
                                  United States Attorney
                                  Districts of Guam and the NMI

By: _____
     MIKEL W. SCHWAB
     Assistant U.S. Attorney