LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS<br><br>             Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | CIVIL CASE NO. 05-00026<br><br>**ORDER** |

The Court, having reviewed the request for an extension of time in the above entitled case, hereby orders that the proposed Scheduling Order and Discovery Plan shall be submitted by November 7, 2005, and the Scheduling Conference shall be re-scheduled to Tuesday, November 29, 2005 at 9:45 a.m.

SO ORDERED this 28th day of October 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

ORIGINAL