LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV - 1 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 05-00026 <br><br> **CERTIFICATE OF SERVICE** |

I, Marie Chenery, working in the U.S. Attorney's Office, hereby certify that a copy of the Request for Extension of Time for Scheduling Order and Scheduling Conference in the above-captioned case and the Order signed by Magistrate Judge Joaquin V. E. Manibusan on October 28, 2005 were served via e-mail to Wayson Wong at WaysonWong@aol.com and via hand delivery to 142 Seaton Blvd. Suite 203, Hagåtña, GU 96910.

Dated: November 1, 2005

_____
MARIE CHENERY
Paralegal

**ORIGINAL**