DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Case No. 05-00026<br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE    ( ) PRELIMINARY PRETRIAL CONFERENCE
(November 29, 2005 at 10:38 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: Attorney Wayson Wong appeared on behalf of the Plaintiff. Assistant United States Attorney Mikel Schwab appeared on behalf of the Defendant.

    Judge Manibusan advised counsel that although the proposed Scheduling Order and Discovery Plan contains a provision that the parties have agreed to hold a settlement conference in September 2006, the parties must specifically make such a request to the Court in a separate pleading when they believe the time is appropriate to hold a settlement conference. Judge Manibusan then signed the proposed Scheduling Order and Discovery Plan.

///

///

///

      Additionally, Mr. Wong stated that he would consult with Mr. Schwab about the possibility of consenting to have the case heard before the Magistrate Judge because this Court still did not have a sitting chief district judge appointed.

      The conference concluded at 10:45 a.m.

      Dated: November 29, 2005.

_____
JUDITH P. HATTORI
Law Clerk