Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 203
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



FILED
DISTRICT COURT OF GUAM
DEC 1 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, ) | CIV. NO. 05-00026 |
| ) | |
| Plaintiff, ) | (Federal Tort Claims Act) |
| ) | |
| vs. ) | NOTICE OF TAKING |
| ) | DEPOSITIONS UPON ORAL |
| UNITED STATES OF AMERICA, ) | EXAMINATION; CERTIFICATE OF |
| ) | SERVICE |
| Defendant. ) | |
| ) | |

NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

TO: Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Ave., Suite 500
Hagatna, Guam 96910

Attorney for Defendant

Please take notice that on behalf of plaintiff, the following depositions will take

place at Carnazzo Court-Reporting Company, 888 Mililani Street, Suite 705,

Honolulu, Hawaii 96813 (Ph. (808) 532-0222) or at other location to be later agreed

to by parties, on the date and time specified below:

ORIGINAL

| NAMES AND ADDRESSES | DATE, TIME AND PLACE |
|---|---|
| Dr. Christy Taoka<br>c/o Mikel W. Schwab, Esq.<br>Office of the United States Attorney<br>108 Hernan Cortes Ave., Suite 500<br>Hagatna, Guam 96910 | Tuesday, December 27, 2005<br>at 1:30 p.m. |
| Dr. Manish Varma<br>c/o Mikel W. Schwab, Esq.<br>Office of the United States Attorney<br>108 Hernan Cortes Ave., Suite 500<br>Hagatna, Guam 96910 | Friday, January 6, 2005<br>at 10:30 a.m. |

The depositions shall be upon oral examination pursuant to the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths. The oral depositions will continue from day to day until completed. You are invited to attend and cross-examine.

Dated: Hagatna, Guam, December 14, 2005.

_____
Wayson W. S. Wong
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIV. NO. 05-00026 |
| Plaintiff, | (Federal Tort Claims Act) |
| vs. | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below a copy of the foregoing document was duly served by U.S. mail, postage prepaid, upon the following at his last known addresses.

    Mikel W. Schwab, Esq.
    Office of the United States Attorney
    108 Hernan Cortes Ave., Suite 500
    Hagatna, Guam 96910

    Attorney for Defendant

Dated: Hagatna, Guam, December 14, 2005.

                                                _____
                                                Wayson W. S. Wong
                                                Attorney for Plaintiff