Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 203
Hagåtña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff

**FILED**
DISTRICT COURT OF GUAM
JAN 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | ) CIV. NO. 05-00026 |
| Plaintiff, | ) (Federal Tort Claims Act) |
| vs. | ) CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2005, a copy of Scheduling Order and Discovery Plan was served by personal delivery to the following at the his last known address.

Mikel W. Schwab, Esq.
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortes Ave.
Hagatna, Guam 96910

Attorney for Defendant

Dated: Hagatna, Guam, January 9, 2006.

_Wayson W. S. Wong_
Wayson W. S. Wong
Attorney for Plaintiff

ORIGINAL