Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 203
Hagåtña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| FLORENCIA Q. LEWIS, | ) CIV. NO. 05-00026 |
|---|---|
| Plaintiff, | ) (Federal Tort Claims Act) |
| vs. | ) CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2005, two copies of Plaintiff's First Request for Answers to Interrogatories to Defendant; Interrogatories and a copy of Plaintiff's First Request for Production of Documents and Things to Defendant, were served by personal delivery to the following at the his last known address.

> Mikel W. Schwab, Esq.
> Assistant U.S. Attorney
> Sirena Plaza, Suite 500
> 108 Hernan Cortes Ave.
> Hagatna, Guam 96910
>
> Attorney for Defendant

Dated: Hagatna, Guam, January 14, 2006.

*Wayson W. S. Wong*
Wayson W. S. Wong
Attorney for Plaintiff