Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 203
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
JUN 2 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, ) | CIV. NO. 05-00026 |
| ) | |
| Plaintiff, ) | (Federal Tort Claims Act) |
| ) | |
| vs. ) | NOTICE OF TAKING CONTINUED |
| ) | DEPOSITION; CERTIFICATE OF |
| UNITED STATES OF AMERICA, ) | SERVICE |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF TAKING CONTINUED DEPOSITION

TO: Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Ave., Suite 500
Hagatna, Guam 96910

Attorney for Defendant

Please take notice that on behalf of plaintiff, the following continued deposition by oral deposition and/or video tape will take place at the U.S. Attorney's Office in Hawaii at 300 Ala Moana Blvd., #6-100, Honolulu, HI 96850, telephone number (808) 541-2850 ext. 210, on the date and time specified below:

ORIGINAL

| NAME AND ADDRESS | DATE, TIME AND PLACE |
|---|---|
| Dr. Manish Varma<br>c/o Mikel W. Schwab, Esq.<br>Office of the United States Attorney<br>108 Hernan Cortes Ave., Suite 500<br>Hagatna, Guam  96910 | Wednesday, June 28, 2006<br>at 12:00 p.m. (Hawaiian Standard Time) |

The continued deposition shall be pursuant to the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths.  The continued deposition will continue from day to day until completed.  You are invited to attend and cross-examine.

Dated:  Hagatna, Guam, June 23, 2006.

_____
Wayson W. S. Wong
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| FLORENCIA Q. LEWIS, | ) CIV. NO. 05-00026 |
|---|---|
| Plaintiff, | ) (Federal Tort Claims Act) |
| vs. | ) CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below a copy of the foregoing document was duly served by U.S. mail, postage prepaid, upon the following at his last known addresses.

    Mikel W. Schwab, Esq.
    Office of the United States Attorney
    108 Hernan Cortes Ave., Suite 500
    Hagatna, Guam 96910

    Attorney for Defendant

Dated: Hagatna, Guam, June 23, 2006.

                                        _____
                                        Wayson W. S. Wong
                                        Attorney for Plaintiff