ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 19 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>     Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | CIVIL CASE NO. 05-00026<br><br>**NOTICE TO TAKE DEPOSITION** |

TO:  EILEEN ITAMOTO-GAZA, Occupational Therapist
     Tripler Army Medical Center
     1 Jarrett White Road
     Tripler AMC, Hawaii

     WAYSON W.S. WONG, Esq., Attorney for Plaintiff
     142 Seaton Boulevard, Suite 101
     Hagatna, Guam

**PLEASE TAKE NOTICE**, that Defendant United States will take the deposition of EILEEN ITAMOTO-GAZA, upon oral examination pursuant to the Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths, on October 17, 2006, at 12:00 noon, (October 18, at 8:00 a.m. Guam time), by video teleconference

//

at the United States Attorney's Office, District of Hawaii, 300 Ala Moana Blvd., Room 6-100, Honolulu, HI, telephone number 808-541-2850, ext 210.

DATED this 19th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/
MIKEL W. SCHWAB
Assistant U.S. Attorney

2