ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 19 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CIVIL CASE NO. 05-00026<br><br>**NOTICE TO TAKE DEPOSITION** |

TO: LISA PEDDLE, RN, USN
281 Hamakua Dr.
Kailua, HI 96734

WAYSON W.S. WONG, Esq., Attorney for Plaintiff
142 Seaton Boulevard, Suite 101
Hagatna, Guam

**PLEASE TAKE NOTICE**, that Defendant United States will take the deposition of LISA PEDDLE, RN, USN, upon oral examination pursuant to the Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths, on October 11, 2006, at 12:00 noon, (October 12, at 8:00 a.m. Guam time), by video teleconference

//
//

at the United States Attorney's Office, District of Hawaii, 300 Ala Moana Blvd., Room 6-100, Honolulu, HI, telephone number 808-541-2850, ext 210.

DATED this 19th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *(signature)*
MIKEL W. SCHWAB
Assistant U.S. Attorney

2