ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 19 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIVIL CASE NO. 05-00026 |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, | CERTIFICATE OF SERVICE |
| Defendant | |

I, FRANCES B. LEON GUERRERO, legal assistant, working in the U.S. Attorney's Office, hereby certify that on 19TH Day of September, 2006, I caused to be served by personal service the following documents: "Notice to Take Deposition of Eileen Itamoto-Gaza and Lisa Peddle", in the above entitled cause to the following attorney of record:

Wayson W.S. Wong, Esq.
142 Seaton Boulevard, Suite 101
Hagatna, Guam 96910

*Frances B Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant