Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



FILED
DISTRICT COURT OF GUAM
SEP 26 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| FLORENCIA Q. LEWIS, | ) | CIV. NO. 05-00026 |
| Plaintiff, | ) | (Federal Tort Claims Act) |
| vs. | ) | NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION; CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

TO:  Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Ave., Suite 500
Hagatna, Guam 96910

Attorney for Defendant

Please take notice that on behalf of plaintiff, the following depositions will take place at United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagatna, Guam 96910, by video teleconference, on the date and time specified below:

ORIGINAL

| NAMES AND ADDRESSES | DATE, TIME AND PLACE |
|---|---|
| Lisa Peddle, RN, USN<br>c/o Mikel W. Schwab, Esq.<br>Office of the United States Attorney<br>108 Hernan Cortes Ave., Suite 500<br>Hagatna, Guam 96910 | Thur., October 12, 2006<br>at 8:00 a.m. (Guam time)<br>and/or<br>Wed., October 11, 2006<br>at 12:00 noon (Hawaiian Standard Time) |
| Eileen Itamoto-Gaza<br>Occupational Therapist<br>c/o Mikel W. Schwab, Esq.<br>Office of the United States Attorney<br>108 Hernan Cortes Ave., Suite 500<br>Hagatna, Guam 96910 | Wed., October 18, 2006<br>at 8:00 a.m. (Guam time)<br>and/or<br>Tue., October 17, 2006<br>at 12:00 noon (Hawaiian Standard Time) |

The depositions shall be upon oral examination pursuant to the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths. The oral depositions will continue from day to day until completed. You are invited to attend and cross-examine.

Dated: Honolulu, Hawaii, September 26, 2006.

_____
Wayson W. S. Wong
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| FLORENCIA Q. LEWIS, | ) CIV. NO. 05-00026 |
|---|---|
| Plaintiff, | ) (Federal Tort Claims Act) |
| vs. | ) CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the Notice of Taking Depositions Upon Oral Examination was duly served by United States Mail, postage prepaid, upon the following at his last known address.

>Mikel W. Schwab, Esq.
>Office of the United States Attorney
>108 Hernan Cortes Ave., Suite 500
>Hagatna, Guam 96910
>
>Attorney for Defendant

Dated: Honolulu, Hawaii, September 26, 2006.

/s/ Wayson W. S. Wong
Wayson W. S. Wong
Attorney for Plaintiff