Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



FILED
DISTRICT COURT OF GUAM
OCT -4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | ) CIV. NO. 05-00026<br>)<br>) (Federal Tort Claims Act)<br>)<br>) NOTICE OF TAKING DEPOSITION<br>) UPON ORAL EXAMINATION;<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) |

NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

TO: Mikel W. Schwab, Esq.
    Office of the United States Attorney
    108 Hernan Cortes Ave., Suite 500
    Hagatna, Guam 96910

Attorney for Defendant

Please take notice that on behalf of plaintiff, the following deposition will take place at United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagatna, Guam 96910, by video teleconference, on the date and time specified below:

ORIGINAL

| NAME AND ADDRESS | DATE, TIME AND PLACE |
|---|---|
| Dr. Jennifer Alfar<br>c/o Mikel W. Schwab, Esq.<br>Office of the United States Attorney<br>108 Hernan Cortes Ave., Suite 500<br>Hagatna, Guam 96910 | Tue., October 3, 2006<br>at 11:00 p.m. (Guam time)<br><br>Tue., October 3, 2006<br>at 8:00 a.m (Central Standard Time) |

The deposition shall be upon oral examination pursuant to the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths. The oral depositions will continue from day to day until completed. You are invited to attend and cross-examine.

Dated: Hagatna, Guam, October 3, 2006.

*(signature)*
Wayson W. S. Wong
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIV. NO. 05-00026 |
| Plaintiff, | (Federal Tort Claims Act) |
| vs. | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the indicated below, a copy of the foregoing document was duly served by personal delivery upon the following at his last known address.

> Mikel W. Schwab, Esq.
> Office of the United States Attorney
> 108 Hernan Cortes Ave., Suite 500
> Hagatna, Guam 96910
>
> Attorney for Defendant

Dated: Hagatna, Guam, October 3, 2006.

*(signature)*
Wayson W. S. Wong
Attorney for Plaintiff