Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



FILED
DISTRICT COURT OF GUAM

NOV 17 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIV. NO. 05-00026 |
| Plaintiff, | (Federal Tort Claims Act) |
| vs. | PLAINTIFF'S COUNSEL'S EX PARTE MOTION REQUESTING APPEARANCE BY TELEPHONE CONFERENCE CALL |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

PLAINTIFF'S COUNSEL'S EX PARTE MOTION
REQUESTING APPEARANCE BY TELEPHONE CONFERENCE CALL

Wayson W. S. Wong, Esq., attorney for plaintiff Florencia Q. Lewis, respectfully requests, ex parte, to this Honorable Court that he be allowed to appear by telephone conference call at the preliminary pretrial conference scheduled for this case on Monday, November 20, 2006, at 9:00 a.m. Plaintiff's counsel had to leave for Hawaii on November 16, 2006, to attend to matters there, at least until December 6, 2006. The parties will be asking this Court to accept their First Amended Scheduling Order and Discovery Plan which calls for the trial to be rescheduled for July 23, 2007, rather than for the currently scheduled December 11, 2006 date.

ORIGINAL

Dated: Honolulu, Hawaii, November 16, 2006

_____
Wayson W. S. Wong
Attorney for Plaintiff

Plaintiff's Counsel's Ex Parte Motion Requesting Appearance by Telephone Conference Call, *Lewis v. United States of America,* District Court of Guam, Civil Case No. 05-00026