Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam  96910
Telephone No.:  (671) 475-7448
Facsimile No.:  (671) 477-4455
Email Address:  WaysonWong@aol.com

Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | ) CIVIL CASE NO. 05-00026<br>)<br>) (Federal Tort Claims Act)<br>)<br>) ORDER<br>) Granting Plaintiff's Counsel's Motion<br>) to Participate Telephonically at<br>) Preliminary Pretrial Conference<br>)<br>) |

  This Court has reviewed Plaintiff's Counsel's Ex Parte Motion Requesting Appearance by Telephone Conference Call filed on November 17, 2006 and the pertinent aspects of the record of this case.  In order to minimize expenses and for good cause shown, the motion is hereby granted.  The plaintiff's counsel may appear by telephone conference call at the preliminary pretrial conference scheduled for Monday, November 20, 2006, at 9:00 a.m.   Counsel is advised to call (671) 473-9137 shortly before the scheduled conference time.

  Dated:  Hagatna, Guam, November 17, 2006.

                **/s/ Joaquin V.E. Manibusan, Jr.**
                U.S. Magistrate Judge