Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



FILED
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| FLORENCIA Q. LEWIS, | ) | CIV. NO. 05-00026 |
| Plaintiff, | ) | (Federal Tort Claims Act) |
| vs. | ) | SECOND RENOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION; CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

SECOND RENOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

TO: Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Ave., Suite 500
Hagatna, Guam 96910

Attorney for Defendant

Please take notice that on behalf of plaintiff, the following continued deposition by oral deposition and/or video tape will take place at the U.S. Attorney's Office in Hawaii at 300 Ala Moana Blvd., #6-100, Honolulu, HI 96850, telephone number (808) 541-2850 ext. 210, on the date and time specified below:

ORIGINAL

| NAMES AND ADDRESSES | DATE, TIME AND PLACE |
|---|---|
| Lisa Peddle, RN, USN<br>c/o Mikel W. Schwab, Esq.<br>Office of the United States Attorney<br>108 Hernan Cortes Ave., Suite 500<br>Hagatna, Guam 96910 | Wed, November 29, 2006<br>at 1:00 p.m. (Hawaiian Standard time)<br><br>Thu., November 30, 2006<br>at 9:00 a.m. (Guam time) |

The deposition shall be upon oral examination pursuant to the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths. The oral deposition will continue from day to day until completed. You are invited to attend and cross-examine.

Dated: Hagatna, Guam, _November 16_, 2006.

_____
Wayson W. S. Wong
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | ) CIV. NO. 05-00026 |
| Plaintiff, | ) (Federal Tort Claims Act) |
| vs. | ) CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the indicated below, a copy of the foregoing document was duly served by U.S. mail, postage prepaid, upon the following at his last known address.

> Mikel W. Schwab, Esq.
> Office of the United States Attorney
> 108 Hernan Cortes Ave., Suite 500
> Hagatna, Guam 96910
>
> Attorney for Defendant

Dated: Hagatna, Guam, November 16, 2006.

_____
Wayson W. S. Wong
Attorney for Plaintiff