# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | Civil Case No. 05-00026 |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, | AMENDED SCHEDULING ORDER |
| Defendant. | |

On November 20, 2006, counsel for the parties appeared before the Court for a Preliminary Pretrial Conference. The parties had submitted a proposed First Amended Scheduling Order and Discovery Plan for the Court's approval. Therein, the parties sought an extension of the trial date and other deadlines set forth in the original Scheduling Order and Discovery Plan based on the need to complete discovery. The parties requested that the trial be continued from December 11, 2006, to July 23, 2007.

However, based on the scheduling needs of the Court, the instructions from the Chief District Judge's chamber, and the policy directives of the Administrative Office of the United States Courts, the Court will deny the requested extension at this time. Instead, the Court issues this Amended Scheduling Order, which amends the following dates and deadlines previously established:

- <u>Discovery cutoff date</u>: January 19, 2007
- <u>Discovery motions deadline</u>: January 26, 2007
- <u>Dispositive motions deadline</u>: February 9, 2007

- ▸ <u>Filing of Trial Briefs</u>: March 16, 2007
- ▸ <u>Preliminary Pretrial Conference</u>: March 26, 2007, at 9:00 a.m.
- ▸ <u>Pretrial Materials Filing/Submission Deadline</u>: April 2, 2007
- ▸ <u>Proposed Pretrial Order</u>: lodged by April 2, 2007
- ▸ <u>Final Pretrial Conference</u>: April 9, 2007, at 9:00 a.m.
- ▸ <u>Trial</u>: April 16, 2007, at 9:00 a.m.

Additionally, the Court hereby grants the oral request of Plaintiff's counsel Wayson Wong to appear telephonically at the above-scheduled Preliminary Pretrial Conference. Any further written request to continue the trial date shall be made directly to the Chief District Judge.

SO ORDERED this 20th day of November 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**