Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff

**FILED**
DISTRICT COURT OF GUAM
DEC -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, ) | CIV. NO. 05-00026 |
| ) | |
| Plaintiff, ) | (Federal Tort Claims Act) |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, a copy of Plaintiff's Counsel's Ex Parte Motion Requesting Appearance by Telephone Conference Call was duly served by personal delivery, upon the following at his last known address.

> Mikel W. Schwab, Esq.
> Office of the United States Attorney
> 108 Hernan Cortes Ave., Suite 500
> Hagatna, Guam 96910
>
> Attorney for Defendant

Dated: Honolulu, Hawaii, November 20, 2006.

_____
Wayson W. S. Wong
Attorney for Plaintiff

ORIGINAL

Case 1:05-cv-00026    Document 33    Filed 12/07/2006    Page 1 of 1