Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagåtña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com



**FILED**

DISTRICT COURT OF GUAM

DEC 18 2006  ᵖᵇᵃ

**MARY L.M. MORAN
CLERK OF COURT**

Attorney for Plaintiff

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | ) CIV. NO. 05-00026 |
| Plaintiff, | ) (Federal Tort Claims Act) |
| vs. | ) NOTICE OF TAKING DEPOSITION ) UPON ORAL EXAMINATION; |
| UNITED STATES OF AMERICA, | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |

## NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

TO:   Mikel W. Schwab, Esq.
       Office of the United States Attorney
       108 Hernan Cortes Ave., Suite 500
       Hagatna, Guam 96910

       Attorney for Defendant

       Please take notice that on behalf of plaintiff, the following deposition by oral

deposition and/or video tape will take place at the U.S. Attorney's Office, 500 East

Broward Blvd., Suite 700, Ft. Lauderdale (Broward County), Florida 33394,

telephone number (954) 356-7255, on the date and time specified below:

# ORIGINAL

## NAME AND ADDRESS

Patricio Rosa, M.D.
c/o Mikel W. Schwab, Esq.
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel. No.: (671) 472-7332

## DATE, TIME AND PLACE

Mon., December 18, 2006
at 11:00 p.m. (Guam time)

Mon., December 18, 2006
at 8:00 a.m. (Eastern Standard
Time)

The deposition shall be upon oral examination pursuant to the Federal Rules

of Civil Procedure, before an officer authorized by law to administer oaths. The oral

deposition will continue from day to day until completed. You are invited to attend

and cross-examine.

Dated: Hagatna, Guam, December 18, 2006.

Wayson W. S. Wong
Attorney for Plaintiff

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

FLORENCIA Q. LEWIS,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

CIV. NO. 05-00026

(Federal Tort Claims Act)

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on the indicated below, a copy of the foregoing document

was duly served by personal delivery, fax delivery or by United States Mail, postage

prepaid, upon the following at his last known address.

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Ave., Suite 500
Hagatna, Guam 96910

Attorney for Defendant

Dated: Hagatna, Guam, December 18, 2006.

Wayson U. S. Wong

Wayson W. S. Wong
Attorney for Plaintiff