Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
DEC 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | CIV. NO. 05-00026 <br><br> (Federal Tort Claims Act) <br><br> NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION; CERTIFICATE OF SERVICE |

NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

TO: Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Ave., Suite 500
Hagatna, Guam 96910

Attorney for Defendant

Please take notice that on behalf of plaintiff, the following depositions by oral deposition and/or video tape will take place at the Carnazzo Court-Reporting Company, 888 Mililani Street, Suite 705, Honolulu, Hawaii 96813 (Ph. (808) 532-0222), on the date and time specified below:

ORIGINAL

| NAMES AND ADDRESSES | DATE AND TIME |
|---|---|
| MAJ Stephen Lowe, M.D.<br>c/o Mikel W. Schwab, Esq.<br>Office of the United States Attorney<br>108 Hernan Cortes Ave., Suite 500<br>Hagatna, Guam 96910 | Friday, January 12, 2007,<br>at 9:00 a.m. (Hawaiian<br>Standard Time) |
| Donald E. Patterson, MD, FACS<br>Department of General Surgery<br>800 Rose St. – C215<br>Lexington, KY 40536 | Friday, January 12, 2006,<br>at 1:30 p.m. (Hawaiian Standard<br>Time) |

The depositions shall be upon oral examination pursuant to the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths. The oral depositions will continue from day to day until completed. You are invited to attend and cross-examine.

Dated: Hagatna, Guam, December 20, 2006.

_____
Wayson W. S. Wong
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIV. NO. 05-00026 |
| Plaintiff, | (Federal Tort Claims Act) |
| vs. | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the indicated below, a copy of the foregoing document was duly served by fax delivery and U.S. mail, postage prepaid, upon the following at his last known address.

> Mikel W. Schwab, Esq.
> Office of the United States Attorney
> 108 Hernan Cortes Ave., Suite 500
> Hagatna, Guam 96910
>
> Attorney for Defendant

Dated: Hagatna, Guam, December 20, 2006.

_____
Wayson W. S. Wong
Attorney for Plaintiff