Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
JAN 24 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIV. NO. 05-00026 |
| Plaintiff, | (Federal Tort Claims Act) |
| vs. | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2006, a copy of Plaintiff's Disclosures of Expert Testimony; Certificate of Service was duly served by fax delivery and by mailing a copy of the same by U.S. mail, postage prepaid, upon the following at the his last known address.

Mikel W. Schwab, Esq.　(Fax: 472-7215)
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortes Ave.
Hagatna, Guam 96910

Attorney for Defendant

Dated: Hagatna, Guam, January 17, 2007.

_____
Wayson W. S. Wong
Attorney for Plaintiff

ORIGINAL