**ORIGINAL**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 28 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 05-00026 <br><br> **NOTICE OF EXPERT WITNESS TESTIMONY** |

The United States hereby provides notice of its intent to use the following expert witness to testify as to the medical issues, including the Standard of Care, in the above entitled case:

Darren B. Schneider, MD FACS
Campus Box 0222
UCSF Division of Vascular Surgery
400 Parnassus Ave., A-581
San Francisco, CA 94143-0222
Phone: (415) 353-4358

David M. Williams, MD
Radiology Deparment
University Hospital
1500 East Medical Center
Ann Arbor, MI 48109-0030
Phone: (734) 936-6266

The United States has requested that a report be drafted by the expert, to be provided to the Plaintiff.

So noticed this 27th day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: /s/ Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the "Notice of Expert Witness", Civil Case No. 05-00026, <u>Florencia Q. Lewis v. United States</u>, was served by personal service, to the following:

Wayson W.S. Wong
Law Offices of Wayson Wong
142 Seaton Boulevard
Hagatna, Guam 96910

Dated: February 28, 2007

*Frances B. Leon-Guerrero*
FRANCES B. LEON-GUERRERO
Legal Assistant