Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



FILED
DISTRICT COURT OF GUAM
FEB 28 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIVIL CASE NO. 05-00026 |
| Plaintiff, | (Federal Tort Claims Act) |
| vs. | FIRST AMENDED PLAINTIFF'S DISCLOSURES OF EXPERT TESTIMONY; CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### FIRST AMENDED PLAINTIFF'S DISCLOSURES OF EXPERT TESTIMONY

Plaintiff Florencia Q. Lewis, by and through her attorney, Wayson W. S. Wong, A Professional Corporation, provide for the disclosure of her expert testimony pursuant to Federal Rules of Civil Procedure 26(a)(2), as follows.

1. Mark H. Miller, M.D. (To replace Eric W. Spak, M.D.)
   Interventional Radiologist
   Guam Memorial Hospital
   850 Gov. Carlos G. Camacho St.
   Tamuning, Guam 96913
   Tel No.: (671) 647-2137

ORIGINAL

Dr. Miller is expected to testify about the pertinent standard of care for interventional radiologists and how it applies to this case. Dr. Spak determined that his work load would not allow him to participate in this case, necessitating this change.

2. Richard James Van Allan, M.D. (Alternate)
Cedars-Sinai Medical Center
Department of Imaging
8700 Beverly Boulevard, Taper Bldg. M335
Los Angeles, California 90048
Tel. No.: (310) 423-8844

Alternatively, Dr. Van Allan is expected to testify about the pertinent standard of care for interventional radiologists and how it applies to this case.

3. Jerone Landstrom, M.D.
Pacific Hand Surgery Center
636 Gov. Carlos Camacho Rd.
Tamuning, Guam 96913
Telephone No. 649-4263

Dr. Landstrom is expected to testify about the problems with plaintiff's medical care at Tripler Army Medical Center and the pertinent standard of care for vascular surgeons and how it applies to this case.

Information about Dr. Landstrom's opinions and the bases for them have been provided to defendant's counsel. They are being updated. Similar information from the Dr. Miller and/or Dr. Van Allan will be provided shortly. All information to be provided under Rule 26(a)(2) will be provided shortly, including the CVs of the doctors described.

Dated: Hagatna, Guam, February 28, 2007.

_____
Wayson W. S. Wong
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | ) CIV. NO. 05-00026<br>)<br>) (Federal Tort Claims Act)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served by either personal delivery, fax delivery or by mailing a copy of the same by U.S. mail, postage prepaid, upon the following at the his last known address.

    Mikel W. Schwab, Esq.
    Assistant U.S. Attorney
    Sirena Plaza, Suite 500
    108 Hernan Cortes Ave.
    Hagatna, Guam 96910

    Attorney for Defendant

Dated: Hagatna, Guam, February 28, 2007.

                                  _____
                                  Wayson W. S. Wong
                                  Attorney for Plaintiff