LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
MAR 12 2007 nbc
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL CASE NO. 05-00026<br><br>**MOTION FOR EXTENSION OF TIME AND STATUS REPORT** |

      The United States hereby requests an extension of time of 45 days to complete their discovery of expert witnesses and prepare the case for presentation at Trial before the Court.

      The parties have located and completed the discovery of witnesses at locations throughout the United States. The discovery has run over the time limits set by the parties due to the fact that most of the witnesses are not located on Guam and have been transferred or deployed to new locations and commands. The witnesses have been medical professionals with difficult schedules and have often required time to review the records before testifying under oath. The process has been time consuming but has worked well.

      The United States recently received the Plaintiff's Disclosures of Expert Testimony. The United States awaits Plaintiff's Report of Expert Witnesses. The United States will then forward

the Report to its Experts and ask for a report for presentation to the Plaintiff.

This case is presently at the "final 3" stage of discovery. The last depositions necessary are the Plaintiff's expert, the Defendant's Experts and the Plaintiff.[1] The parties are coordinating those depositions and expect to have the case ready for trial after the 45 days.

The United States would also request of the Court that a date certain be set for trial so that travel for witnesses can be reserved and purchased.

The following depositions are being scheduled:
1. Mark. H. Miller, M.D.
2. Richard James van Allan, M.D
3. Jerone Landstrom, M.D.
4. Darren B. Schneider, M.D. FACS
5. David W. Williams, M.D.
6. Florencia Q. Lewis

The prospects for Settlement are sparse, however, the parties would like to meet with the Magistrate at the end of the 45 days to discuss settlement.

The parties have worked diligently to locate witnesses and prepare evidence for presentation to the Court at Trial. The 45 day extension requested will benefit the parties and the Court in allowing for the complete presentation of all the evidence. The extension will serve

---

[1] Note that this medical malpractice claim necessitates experts in both vascular surgery and neurology. The United States has two experts, one for each area of expertise, and the Plaintiff has three.

-2-

the interests of Justice by facilitating a clear presentation of the issues that must be decided at Trial.

Submited this 12th day of March, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: MIKEL W. SCHWAB
Assistant U.S. Attorney