# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil Case No. 05-00026<br><br><br><br>**ORDER** |

The Court hereby amends its Order (Docket No. 42) to change the date for the submission of the parties' confidential settlement letters from March 23, 2007, to **May 23, 2007**.

SO ORDERED this 20th day of March 2007.

　　　　　　　　　　　　　　　　　　**/s/ Joaquin V.E. Manibusan, Jr.**
　　　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**