Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagåtña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| FLORENCIA Q. LEWIS, | ) | CIV. NO. 05-00026 |
| | ) | |
| Plaintiff, | ) | (Federal Tort Claims Act) |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of Plaintiff's Supplemental Initial Disclosures and Plaintiff's Second Amended Disclosures of Expert Testimony was duly served by United States mail, postage prepaid, to the following at his last known address.

    Mikel W. Schwab
    Assistant U.S. Attorney
    Sirena Plaza, Suite 500
    108 Hernan Cortes Ave.
    Hagatna, Guam 96910

    Attorney for Defendant

# ORIGINAL

Dated: Honolulu, Hawaii, March 21, 2007

                                              */s/ Wayson W. S. Wong*
                                              Wayson W. S. Wong
                                              Attorney for Plaintiff

Certificate of Service, Lewis v. United States of America, District Court of Guam,
Civil Case No. 05-00026