# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 05-00026<br><br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE ( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE (✓) SETTLEMENT CONFERENCE
 (May 30, 2007)

**Notes**: The Settlement Conference commenced at approximately 10:40 a.m. Attorney Wayson Wong appeared with the Plaintiff Florencia Lewis. Appearing on behalf of the United States was Assistant U.S. Attorney Mikel Schwab. The conference occurred in Magistrate Judge Manibusan's chamber.

The settlement conference thereafter adjourned at approximately 12:30 p.m. and was continued to Thursday, July 12, 2007, at 10:00 a.m.

Dated: May 30, 2007.

**Prepared by:** Judith P. Hattori
Law Clerk