Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
JUL 0 6 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIVIL CASE NO. 05-00026 |
| Plaintiff, | (Federal Tort Claims Act) |
| vs. | STIPULATION TO MOVE PRELIMINARY PRETRIAL CONFERENCE HEARING |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### STIPULATION TO MOVE PRELIMINARY PRETRIAL CONFERENCE HEARING

It is hereby stipulated by and among the parties hereto, through their respective attorneys of record, that the Preliminary Pretrial Conference presently scheduled for July 10, 2007, at 9:00 a.m., be moved to be held with the Further Settlement Conference scheduled for July 12, 2007, 10::00 a.m., because plaintiff's counsel is in trial for *Sananap, et al. vs. Cyfred, Ltd., et al.*, Superior Court of Guam, Civil Case No. CV1448-02, during that week; and the trial court has only released him to attend the conference scheduled for this case on July 12, 2007.

ORIGINAL

Dated: Hagatna, Guam, July 6, 2007.

_____
Wayson W. S. Wong
Attorney for Plaintiff

_____
Mikel W. Schwab
Attorney for Defendant

*Lewis v. United States of America*, District Court of Guam, Civil Case No. CV05-00026, Stipulation to Move Preliminary Pretrial Conference

2