IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| FLORENCIA Q. LEWIS, | ) | CIV. NO. 05-00026 |
| Plaintiff, | ) ) | (Federal Tort Claims Act) |
| vs. | ) ) | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of foregoing document was duly served by fax delivery and U.S. mail, postage prepaid, upon the following at the his last known address.

> Mikel W. Schwab, Esq.
> Assistant U.S. Attorney
> Sirena Plaza, Suite 500
> 108 Hernan Cortes Ave.
> Hagatna, Guam 96910
>
> Attorney for Defendant

Dated: Hagatna, Guam, July 6, 2007.

_____
Wayson W. S. Wong
Attorney for Plaintiff

ORIGINAL