Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

| FLORENCIA Q. LEWIS, | ) | CIVIL CASE NO. 05-00026 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | (Federal Tort Claims Act) |
| | ) | |
| vs. | ) | ORDER GRANTING STIPULATION |
| | ) | TO MOVE PRELIMINARY |
| UNITED STATES OF AMERICA, | ) | PRETRIAL CONFERENCE |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING STIPULATION TO MOVE
PRELIMINARY PRETRIAL CONFERENCE HEARING

This Court, after reviewing respective counsels' Stipulation to Move Preliminary Pretrial Conference hearing on July 10, 2007, at 9:00 a.m., finds good cause to re-schedule the Preliminary Pretrial Conference to be heard contemporaneously with the continued Settlement Conference on July 12, 2007, at 10:00 a.m.



**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Jul 09, 2007**