LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL 24 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| FLORENCIA Q. LEWIS, | ) | CIVIL CASE NO. 05-00026 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | DEFENDANT'S EXHIBITS |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 16.7 the United States attaches the following exhibits it expects to offer at trial.

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| A | U.S. Naval Hospital, Guam Medical Records of Florencia Q. Lewis | | |
| B | Tripler Army Medical Center Medical Records. | | |

RESPECTFULLY SUBMITTED this 24th day of July 2007.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

BY: _____
      MIKEL W. SCHWAB
      Assistant U.S. Attorney