LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 24 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIVIL CASE NO. 05-00026 |
| Plaintiffs, | UNITED STATES WITNESS LIST |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The United States hereby provides the Court their witness lists for the above entitled case pursuant to Local Rule 16.7 (d)(1):

MANISH VARMA, MD, Radiology

LISA PEDDLE, R.N.
    Kailua, HI 96734
(
GERALD ROSS, R.N., USA, MAJOR
    Brooke Army Medical Center
    Burn Unit

EILEEN ITAMOTO-GAZA, Occupational Therapist
    Tripler Army Medical Center

PATRICIO ROSA, MD, Vascular Surgery

DARREN SCHNEIDER, Vascular Surgeon,
    Division of Vascular Surgery Campus

Dr. Schneider has provided his medical report to the Plaintiff's counsel.

RESPECTFULLY SUBMITTED this 24th day of July, 2007.

>LEONARDO M. RAPADAS
>United States Attorney
>Districts of Guam and NMI
>
>BY: _____
>MIKEL W. SCHWAB
>Assistant U.S. Attorney