Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



FILED
DISTRICT COURT OF GUAM
JUL 24 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIV. NO. 05-00026 |
| Plaintiff, | (Federal Tort Claims Act) |
| vs. | PLAINTIFF'S MOTION TO CONTINUE TRIAL; DECLARATION OF WAYSON W. S. WONG; JOINDER BY DEFENDANT; CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### PLAINTIFF'S MOTION TO CONTINUE TRIAL

Plaintiff Florencia Lewis, by and through her attorney, Wayson W. S. Wong, Esq., moves this Court for an order continuing the scheduled August 7, 2007 trial to another date certain, with the continuance of the pretrial deadlines pending in accordance with the Local Rules of this Court.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure.

This motion is based on the record of this case and on the attached Declaration of Wayson W. S. Wong.

Plaintiff waives any hearing on this motion and asks this Court to decide it expeditiously.

Dated: Hagatna, Guam, July 24, 2007.

_____
Wayson W. S. Wong
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIV. NO. 05-00026 |
| Plaintiff, | (Federal Tort Claims Act) |
| vs. | DECLARARTION OF WAYSON W. S. WONG |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## DECLARATION OF WAYSON W. S. WONG

I, Wayson W. S. Wong, declare as follows.

1. I have been the counsel for the plaintiff, Florencia Lewis ("Mrs. Lewis"), for this case.

2. Today, I learned that this Court may have other obligations on the scheduled trial date of August 7, 2007

3. This case involves many medical doctors, at least four for Mrs. Lewis and at least three for the defendant and at least three other health care professionals for the defendant. All of the medical doctors have very busy medical practices, and all of defendants health care professionals, some of which Mrs. Lewis will also call in her case in chief are off Island; thus, extensive travel

arrangements have been or are in the process of being made, together with all types of video conferencing scheduling after hours (for those witnesses who are unable to appear in person).

4. Because of the difficulties in scheduling the witnesses to testify at trial, the parties need a date certain for the trial, as best as this Court can give.

5. Rather than again arrange for all of those witnesses to be available for a possible trial, it would be fairer, more economical and make much better sense to have another date certain scheduled for this trial.

6. Additionally, Mrs. Lewis' counsel has been in another trial in the Superior Court in Guam since May 21, 2007, which, according to the trial judge, may extend into 2008. That trial judge, in deference to the August 7, 2007 – trial date for this case and the expected 6 – 7 trial days estimated for this case, that trial judge ordered that trial to stop for the period it would take to try this case, based on such August 7, 2007 trial date. For planning purposes for that case, again, a date certain for this trial is needed.

7. I am informed and believe that defendant's counsel also has depositions scheduled in California for the period after this trial was scheduled to take place.

8. The parties have had two settlement conferences and have made good progress toward settlement. A final settlement conference has been requested by both sides; however, the settlement conference judge has been off Island and I am informed and believe that he will not return until on or about August 8, 2007. Hopefully, the requested final settlement conference can be held shortly after that judge's return, and reasonable settlement can be reached,

avoiding the need for any trial. A continuance of the trial to a date probably will facilitate reasonable settlement and perhaps avoid the need for any trial.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: Hagatna, Guam, July 24, 2007.

_____
Wayson W. S. Wong
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIV. NO. 05-00026<br><br>(Federal Tort Claims Act)<br><br>JOINDER BY DEFENDANT |

## JOINDER BY DEFENDANT

Defendant United States of America, by and through its undersigned counsel, joins in and concurs with Plaintiff's Motion to Continue Trial. Defendant waives any hearing on this motion and asks this Court to decide it expeditiously.

Dated: Hagatna, Guam, July 24, 2007.

Mikel W. Schwab
Attorney for Defendant
United States of America

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, ) | CIV. NO. 05-00026 |
| ) | |
| Plaintiff, ) | (Federal Tort Claims Act) |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of foregoing documents was duly served by fax delivery and U.S. mail, postage prepaid, upon the following at the his last known address.

> Mikel W. Schwab, Esq.
> Assistant U.S. Attorney
> Sirena Plaza, Suite 500
> 108 Hernan Cortes Ave.
> Hagatna, Guam 96910
>
> Attorney for Defendant

Dated: Hagatna, Guam, July 24, 2007.

_____
Wayson W. S. Wong
Attorney for Plaintiff