Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagåtña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



FILED
DISTRICT COURT OF GUAM
JUL 25 2007 nbc
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, ) | CIVIL CASE NO. 05-00026 |
| Plaintiff, ) | (Federal Tort Claims Act) |
| vs. ) | PLAINTIFF'S WITNESS LIST |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

## PLAINTIFF'S WITNESS LIST

Plaintiff Florencia Q. Lewis, by and through her attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong, A Professional Corporation, lists the witnesses that she may call to testify at the trial for this case.

1. Florencia Q. Lewis
   c/o Wayson W.S. Wong, Esq.
   142 Seaton Blvd., Suite 203
   Hagatna, Guam 96910
   Tel. No.: (671) 475-7448

2. Lisa Peddle, RN, USN
   c/o Mikel W. Schwab, Esq.
   Assistant U.S. Attorney
   Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
   Hagatna, Guam 96910
   Tel. No.: (671) 472-7332

3. Gerald Ross, RN
   c/o Mikel W. Schwab, Esq.
   Assistant U.S. Attorney
   Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
   Hagatna, Guam 96910
   Tel. No.: (671) 472-7332

4. Manish K. Varma, M.D.
   c/o Mikel W. Schwab, Esq.
   Assistant U.S. Attorney
   Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
   Hagatna, Guam 96910
   Tel. No.: (671) 472-7332

5. Patricio Rosa, M.D.
   c/o Mikel W. Schwab, Esq.
   Assistant U.S. Attorney
   Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
   Hagatna, Guam 96910
   Tel. No.: (671) 472-7332

6. Mark H. Miller, M.D.
   Interventional Radiologist
   Guam Memorial Hospital
   850 Gov. Carlos G. Camacho St.
   Tamuning, Guam 96913
   Tel No.: (671) 647-2137

7. Fernan De Guzman, M.D.
   (Replaces Suresh Krishnan, M.D.)
   Pain Management Specialist
   Hafa Adai Specialists Group
   Sunflower Villa
   280 Pale San Vitores Rd.
   Tamuning, Guam 96913
   Tel. No.: (671) 647-4542

8. Kwang-Ming Chen, M.D. (recently retired)
   First Floor, ITC Building
   Tamuning, Guam 96913
   Tel. No.: (671) 646-4078

9.  Richard R. Legaspi
    Occupational Therapist
    Guam Memorial Hospital Authority
    850 Governor Carlos G. Camacho Rd.
    Oka Tamuning, Guam 96913
    Tel. No.: (671) 647-2115

10. Jerone T. Landstrom, M.D., FACS
    Pacific Hand Surgery Center
    Guam Medical Plaza, Suite 212
    633 Gov. Carlos Camacho Road
    Tamuning, Guam 96913
    Tel. No.: (671) 646-4263

11. Janice Q. Lewis nka Janice Q. Borja (daughter)
    c/o Wayson W.S. Wong, Esq.
    142 Seaton Blvd., Suite 203
    Hagatna, Guam 96910
    Tel. No.: (671) 475-7448

12. As necessary, the custodians of records of the various exhibits involved, to authenticate them or otherwise have them admitted into evidence.

13. Any witnesses that defendant has listed on its witness list or any amendment to it.

14. Any rebuttal witnesses.

15. Plaintiff reserves the right to list additional witnesses, as needed.

Dated: Hagatna, Guam, July 25, 2007.

*Wayson W. S. Wong* (signature)
Wayson W. S. Wong
Attorney for Plaintiff