Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 101
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff Florencia Q. Lewis



FILED
DISTRICT COURT OF GUAM
JUL 25 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| FLORENCIA Q. LEWIS, | ) CIVIL CASE NO. 05-00026 |
|---|---|
| Plaintiff, | ) (Federal Tort Claims Act) |
| vs. | ) PLAINTIFF'S EXHIBIT LIST |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff Florencia Q. Lewis, by and through her attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong, submits her list of exhibits that she may use at trial.

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Photo of Florencia Lewis | | |
| 2 | Photo of Florencia Lewis | | |
| 3 | Photo of Florencia Lewis | | |
| 4 | Tripler Army Medical Center Medical Records of Florencia Q. Lewis | | |

| | | | |
|---|---|---|---|
| 5 | Naval Hospital, Guam Medical Records of Florencia Q. Lewis | | |
| 6 | Dr. Thomas McNorton's Records | | |
| 7 | Guam Pain Management Center Records | | |
| 8 | Records of Pacific Hand Surgery Center | | |
| 9 | Records of Guam Memorial Hospital (Rehabilitation) | | |
| 10 | Tricare Medical Expenses | | |
| 11 | Deposition Transcript of Lisa Peddle, RN, USN | | |
| 12 | Deposition Transcript of Gerald Ross, RN, USN | | |
| 13 | Deposition Transcript of Manish K. Varma, M.D. | | |
| 14 | Deposition Transcript of Patricio Rosa, M.D. USN | | |
| 15 | Deposition Transcript of Christy Taoka, M.D. USN | | |
| 16 | Deposition Transcript of Eileen Itamoto-Gaza, O.T.R. | | |
| 17 | Curriculum Vitae of Mark H. Miller, M.D. | | |
| 18 | Deposition of Mark H. Miller, M.D. | | |
| 19 | Deposition of Jennifer Alfar, M.D. | | |
| 20 | Article: Medial brachial fascial compartment syndrome following axillary arteriography. *Neurology* 2003, by Bryan E. Tsao, MD and ASA J. Wilbourn, MD | | |
| 21 | Curriculum Vitae of K. M. Chen, M.D. | | |
| 22 | Medical Report by K. M. Chen, M.D. | | |

| | | | |
|---|---|---|---|
| 23 | Curriculum Vitae of Jerone T. Landstrom, M.D. | | |
| 24 | Deposition of Jerone T. Landstrom, M.D. | | |
| 25 | Diagram No. 1 | | |
| 26 | Diagram No. 2 | | |
| 27 | Diagram No. 3 | | |
| 28 | Diagram No. 4 | | |
| 29 | Diagram No. 5 | | |
| 30 | Diagram No. 6 | | |
| 31 | Diagram No. 7 | | |
| 32 | Diagram No. 8 | | |
| 33 | Diagram No. 9 | | |
| 34 | Diagram No. 10 | | |
| 35 | National Center for Health Statistics Life Tables | | |
| 36 | (Reserved) | | |
| 37 | (Reserved) | | |
| 38 | (Reserved) | | |
| 39 | (Reserved) | | |
| 40 | (Reserved) | | |
| 41 | (Reserved) | | |
| 42 | (Reserved) | | |
| 43 | (Reserved) | | |

Plaintiff reserves the right to introduce any of the exhibits listed in defendants' list of exhibits, as amended/

Plaintiff reserves the right to supplement this list.

Dated: Hagatna, Guam, July 25, 2007.

                                                                          _____
                                                                          Wayson W. S. Wong
                                                                          Attorney for Plaintiff