Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| FLORENCIA Q. LEWIS, | ) | CIV. NO. 05-00026 |
| | ) | |
| Plaintiff, | ) | (Federal Tort Claims Act) |
| | ) | |
| vs. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION TO CONTINUE TRIAL |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL

This Court, after reviewing Plaintiff's Motion to Continue Trial and Defendant's Joinder in it, and noting that both plaintiff and defendant have waived any hearing on the motion and have asked this Court to decide it expeditiously, finds that good cause exists to grant the motion and continue the scheduled August 7, 2007 trial date to a subsequent date certain. Accordingly, this Court orders that the scheduled August 7, 2007 trial date for this case is set aside and that this case will be rescheduled for trial for a date certain by the Magistrate Judge at a further preliminary pretrial conference and settlement

conference to be held at a time and date determined by the Magistrate Judge. All pending pretrial deadlines are continued to the new dates established at that further conference. In addition the final pretrial conference scheduled for July 31, 2007, is hereby vacated.

So Ordered.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jul 25, 2007**