1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam  96910
   TEL:  (671) 472-7332
5  FAX:  (671) 472-7215

6  Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIVIL CASE NO. 05-00026 |
| Plaintiff, | |
| vs. | **ORDER**<br>**re: Government's Request**<br>**for use of Court's Equipment** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The government's request for use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, is approved.

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
   **Chief Judge**
**Dated: Jul 26, 2007**