Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



**FILED**
DISTRICT COURT OF GUAM
JUL 26 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | ) CIV. NO. 05-00026 |
| Plaintiff, | ) (Federal Tort Claims Act) |
| vs. | ) CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I certify that on July 25, 2007, copies of the Plaintiff's Witness List and Plaintiff's Exhibit List were duly served by facsimile and by United States Mail, postage prepaid, upon the following at his last known address.

> Mikel W. Schwab, Esq.
> Office of the United States Attorney
> 108 Hernan Cortes Ave., Suite 500
> Hagatna, Guam 96910
>
> Attorney for Defendant

Dated: Hagatna, Guam, July 25, 2007.

_____
Wayson W. S. Wong
Attorney for Plaintiff