LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
KATHARYNE P. CLARK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 1 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>　　　　　Plaintiff.<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CIVIL CASE NO. 05-00026<br><br>**STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE** |

The parties hereby request that a settlement conference be held on **Friday August 24 at 10:00 a.m.**

So stipulated this 31st day of July, 2007.

Law Offices of Wayson Wong

_WAYSON WONG_
WAYSON WONG
Attorney for Plaintiff

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _MIKEL W. SCHWAB_
　　　MIKEL W. SCHWAB
　　　Assistant U.S. Attorney

ORIGINAL