1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  KATHARYNE P. CLARK
   Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Ave.
5  Hagåtña, Guam  96910
   Telephone:  (671) 472-7332
6  Fax:  (671) 472-7215

7  Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIVIL CASE NO. 05-00026 |
| Plaintiff, | |
| vs. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Court, having received a stipulation from the parties requesting a settlement conference, hereby orders that a settlement conference be held on **Friday, August 24, 2007** at **10:00 a.m.**

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 07, 2007**