# ORIGINAL

1 LEONARDO M. RAPADAS
United States Attorney
2 MIKEL W. SCHWAB
Assistant U.S. Attorney
3 KATHARYNE P. CLARK
Special Assistant U.S. Attorney
4 Sirena Plaza, Suite 100
108 Hernan Cortez Avenue
5 Hagatna, Guam 96910
Tel: (671) 472-7332
6 Fax: (671) 472-7215

**FILED**

DISTRICT COURT OF GUAM

AUG 2 3 2007

JEANNE G. QUINATA
Clerk of Court

7 Attorneys for the United States of America

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE TERRITORY OF GUAM

10
| | |
|---|---|
11 FLORENCIA Q. LEWIS, ) CIVIL CASE NO. 05-00026
)
12 Plaintiff, )
)
12 )
vs. ) REQUEST FOR TELEPHONIC
13 ) PARTICIPATION BY THE UNITED
UNITED STATES OF AMERICA, ) STATES
14 )
) Date: August 24, 2007
15 Defendant. ) Time: 10:00 a.m.
_____ )

16

17     The United States of America submits this Motion to allow Katharyne P. Clark,

18 Special Assistant U.S. Attorney for the United States to participate by telephone in the

19 Settlement Conference set for August 24, 2007, at 10:00 a.m.  The telephone number to

20 call is (808) 554-1777.

21     The attorneys thank the Court for the courtesy of considering this request.

22     Dated:     August 24, 2007.

23

24                                    Respectfully submitted,

25                                    LEONARDO M. RAPADAS
                                     United States Attorney
26                                    Districts of Guam and NMI

27                          BY: _____
                                 MIKEL W. SCHWAB
28                                Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATION

I, FRANCES B. LEON GUERRERO, working in the United States Attorneys Office, hereby certify that a copy of the "Motion Requesting for Telephonic Participation by United States", CV 05-00026, was served by personal service to the attorney of record at the following address:

Wayson W. S. Wong
142 Seaton Blvd., Suite 101
Hagatna, Guam 96910

*Frances B Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant