LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332/7208
Fax: (671) 472-7334/7215

Attorneys for Plaintiff
United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, | CIVIL CASE NO. 05-00026 |
| Plaintiff, | ORDER GRANTING MOTION REQUESTING TELEPHONIC PARTICIPATION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The United States of America having moved to allow Katharyne P. Clark, Special Assistant U.S. Attorney, to participate by telephone in the Settlement Conference presently scheduled for August 24, 2007, at 10:00 a.m. and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion shall be, and the same is, granted.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 24, 2007