ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

JAN 1 1 2008

JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 05-00026 <br><br> **CERTIFICATE OF SERVICE** |

I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 11th day of January 2008, I caused to be served by personal service the following document: "Opposition of the United States to Plaintiff's Motion to Compel Payment of Settlement Amount", Civil Case No. 05-00026, <u>Florencia Q. Lewis vs. United States of America</u>, to the following attorney of record:

Wayson W.S. Wong
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 101
Hagatna, GU 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
JACQUELINE EMMANUEL
Administrative Assistant