Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagåtña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



**FILED**
DISTRICT COURT OF GUAM

JAN 3 1 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS, ) | CIV. NO. 05-00026 |
| Plaintiff, ) | (Federal Tort Claims Act) |
| vs. ) | PLAINTIFF'S WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL PAYMENT OF SETTLEMENT AMOUNT; |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | CERTIFICATE OF SERVICE |

PLAINTIFF'S WITHDRAWAL OF PLAINTIFF'S MOTION
TO COMPEL PAYMENT OF SETTLEMENT AMOUNT

Plaintiff Florencia Q. Lewis, by and through her attorney, Wayson W. S.

Wong, Esq., withdraws Plaintiff's Motion to Compel Payment of Settlement

Amount filed on December 28, 2007. The parties have resolved their differences

**ORIGINAL**

over the language of the final settlement agreement for this case; thus, there is no need to pursue this motion. Plaintiff thanks this Court for considering it.

Dated: Hagatna, Guam, January 31, 2008.

_____
Wayson W. S. Wong
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| FLORENCIA Q. LEWIS, | ) | CIV. NO. 05-00026 |
| | ) | |
| Plaintiff, | ) | (Federal Tort Claims Act) |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the foregoing document was duly served by fax delivery and U.S. Mail, postage prepaid, to the following at his last known address.

> Mikel W. Schwab, Esq.
> Assistant U.S. Attorney
> Sirena Plaza, Suite 500
> 108 Hernan Cortes Ave.
> Hagatna, Guam 96910
>
> Attorney for Defendant

Dated: Hagatna, Guam, January 31, 2008.

Wayson W. S. Wong
Attorney for Plaintiff