ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

FILED
DISTRICT COURT OF GUAM

APR 0 8 2008 P.D

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| FLORENCIA Q. LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Case No.: 05-00026<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

COMES NOW, the Plaintiff, FLORENCIA Q. LEWIS, and the Defendant, UNITED STATES OF AMERICA, by and through their undersigned attorneys, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, do hereby stipulate and agree to move this Court to dismiss the above action with prejudice. The parties have agreed upon settlement.

SO STIPULATED AND AGREED, this 7th day of April, 2008.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

          /s/ Jessica Cruz
          MIKEL M. SCHWAB
          Assistant U.S. Attorney
          JESSICA F. CRUZ
          Assistant U.S. Attorney
          Attorneys for the United States

//

1

SO STIPULATED AND AGREED, this 7th day of April, 2008.

                                                    LAW OFFICES OF WAYSON W. S. WONG

                                                    /s/ Wayson W. S. Wong
                                                    WAYSON W. S. WONG
                                                    Attorney for Florencia Q. Lewis

# CERTIFICATE OF SERVICE

I, Julia L. Hunt, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on April 8, 2008, I caused to be served by personal service a copy of the "Stipulation to Dismiss with Prejudice", in Civil Case No. 05-00026, <u>Florencia Q. Lewis vs. United States of America</u>, to the following attorney of record:

Wayson Wong
Law Offices of Wayson W. S. Wong
142 Seaton Blvd., Ste. 101
Hagatna, GU 96910

JULIA L. HUNT
Legal Assistant