# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Florencia Q. Lewis,<br><br>   Plaintiff,<br><br>  vs.<br><br>United States of America,<br><br>   Defendant. | Civil Case No. 1:05-cv-00026<br><br><br>**J U D G M E N T** |

  Judgment is hereby entered in accordance with the Stipulation to Dismiss With Prejudice filed on April 8, 2008.

Dated this 9th day of April, 2008, Hagatna, Guam.

                   **/s/ Jeanne G. Quinata**
                     Clerk of Court