**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| Florencia q. Lewis,<br><br>Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | Case No. 1:05-cv-00026 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

*Judgment filed April 9, 2008*
*Date of Entry: April 9, 2008*

The original judgment is on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and are available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** April 9, 2008                                              Clerk of Court
                                                                     **/s/ Jeanne G. Quinata**